| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | DEBORAH LEE STACHEL |
| 3 | Regional Chief Counsel, Region IX<br>Social Security Administration |
| 4 | ELLINOR CODER, CSBN 258258<br>Special Assistant United States Attorney |
| 5 |     Social Security Administration |

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR CODER, CSBN 258258
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-mail: ellinor.coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| SUSAN ERB,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:18-cv-01398-GSA<br><br>JOINT STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended by 30 days, from June 12, 2019 to July 12, 2019.

This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment. Defendant's counsel requests this extension of time because of the recent reassignment of this case. On June 10, 2019, this case was reassigned to Ms. Sathya Oum, another attorney in the Office of the General Counsel, with me as the attorney of record. Defendant's counsel respectfully requests this additional time so that Ms. Oum has adequate time

Joint Stip. & Prop. Order for Ext.; 1:18-cv-01398-GSA

to review the record, research the issues Plaintiff raised, and prepare Defendant's response to Plaintiff's arguments.

The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: June 12, 2019      */s/ Sathya Oum for Stuart Barasch*      *
(* As authorized via telephone conversation with Oscar Gomez, on behalf of Stuart Barasch)
STUART BARASCH

Attorney for Plaintiff

Dated: June 12, 2019      MCGREGOR W. SCOTT
United States Attorney

By:  */s/ Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant United States Attorney

Attorneys for Defendant

Of Counsel:
SATHYA OUM
Assistant Regional Counsel

IT IS SO ORDERED.

Dated:  **June 12, 2019**           **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE